UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -vs- | 08CR429(KSH) |
| RASHEED MUSTAPHA | |
| | **ORDER OF REFERRAL** |
| Defendant(s), | |

The defendant, Rasheed Mustapha, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

**SO ORDERED.**

Dated: 8/9/12

s/Katharine S. Hayden
United States District Judge

CONSENTED TO:

_[signature]_
Defendant (signature)

_[signature]_
Attorney for Defendant (signature)