# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America<br><br>v.<br><br>Rasheed Mustapha | Crim. No. 08-429 (KSH)<br><br>**ORDER** |

The government having moved for reconsideration [D.E. 95] of the Court's sentence; the Court having set down a hearing to consider documents the government filed in support, specifically, certain FBI 302s; the Court finding after argument that said documents do not provide a basis for reconsideration; and good cause appearing,

**IT IS** on this 12th day of March, 2013,

**ORDERED** that the government's motion for reconsideration is **denied**.

/s/ Katharine S. Hayden_____
Katharine S. Hayden, U.S.D.J.